# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00638-CV

**The City of Austin, Appellant**

**v.**

**Emily Poole, Lynne Shelton, and Mohit Taneja, Individually and as Representatives of All Other Parties Similarly Situated, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT NO. D-1-GN-09-002348, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant The City of Austin, and appellees Emily Poole, Lynne Shelton, and Mohit Taneja, Individually and as Representatives of All Other Parties Similarly Situated, have notified this Court that they no longer wish to pursue this appeal and have filed an agreed motion to dismiss it. We grant the parties' motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed on Agreed Motion

Filed: October 30, 2015